FILED

AUG 13 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

[SEALED]   )
           )   MISC. NO.
           )
           )   2 08 - MJ - 0279   KJM

SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be and is hereby ordered SEALED until further order of this Court.

DATED: August 11, 2008

_____
THE HONORABLE KIMBERLY J. MUELLER
United States Magistrate Judge

SEALED

1