**FILED**

September 5, 2008

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. 2:08MJ00279KJM-01
Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
MIGRAN PETROSYAN, )
)
Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release   MIGRAN PETROSYAN  , Case No. 2:08MJ00279KJM-01  , Charge  18USC § 1347 AND 371  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of $_____

        __   Unsecured Appearance Bond

        __   Appearance Bond with 10% Deposit

        __   Appearance Bond with Surety

        __   Corporate Surety Bail Bond

        ✔   (Other)        Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  September 5, 2008  at  2:00 pm  .

By   /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court